**Order entered October 6, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00207-CV

### REGINA WREN, Appellant

### V.

### MIDWESTERN STATE UNIVERSITY, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-05447**

### ORDER

Before the Court is appellees' October 4, 2022 emergency opposed second motion to extend time to file their brief. Appellees seek the extension due to an incomplete clerk's record.

We **GRANT** the motion. We **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than October 17, 2022, a supplemental clerk's record containing a copy of the following items identified by appellees in their extension motion

(1) plaintiff's motion for leave to file first amended petition with first amended petition attached as Exhibit 1, "dated 3/30/21 or 3/31/21;"

(2) trial court's order granting plaintiff's motion for leave, dated April 12, 2021; and,

(3) corrected plaintiff's motion for leave to file second amended petition with second amended petition attached as exhibits 1, dated May 4, 2021.

We further **ORDER** appellees to file their brief within thirty days of the filing of the supplemental record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/   BILL PEDERSEN, III
       JUSTICE